**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**UNITED STATES OF AMERICA**

v.                                                                Case No.  5:98-cr-33-Oc-10GRJ

**MARLON BLAKE**
_____/

**REVOCATION OF SUPERVISED RELEASE AND**
**JUDGMENT AND COMMITMENT**

This matter is before the Court on the Petition of the United States Probation Officer, filed on August 14, 2006, seeking a modification of the conditions of the Defendant's supervised release.  On October 25, 2006, the Court conducted a hearing on the matter at which defendant appeared with Rick Carey and the government was represented by Bonnie Glober, Assistant United States Attorney.

After taking evidence and entertaining argument by counsel, and after hearing the Defendant personally, the Court found that factual and legal cause existed to modify the defendant's conditions of supervised release.

Accordingly, upon due consideration, it is

**ORDERED AND ADJUDGED:**

1.   That defendant's SUPERVISED RELEASE is continued; and

2.   That defendant shall participate as directed in a program of mental health treatment approved by the United States Probation Officer.  Further, the defendant shall be required to contribute to the costs of services for such treatment no to exceed an

amount determined reasonable by the Probation Officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale form Mental Health Treatment Service.

**DONE AND ORDERED** at Ocala, Florida this 26th. day of October, 2006.

 

_____
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
               United States Marshal
               United States Probation Office
               U.S. Pretrial Services Office
               Marlon Blake c/o Counsel